**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LARRY CARTER, LESLIE DAVIS, THE ESTATE OF TIFFANY CAPERS-ALLEN BY SHAWN ALLEN, ADMINISTRATOR, SHARON AGBEDE, TIARA COUNCIL, CATHERINE MACKEY-GAITHER, GREGORY GARNER, JENNIFER JUBILEE, ROCHELLE MORRIS, and KIMBERLY RODRIQUEZ, <br>    Plaintiffs, <br><br> v. <br><br> CITY OF PHILADELPHIA, <br>    Defendant. | CIVIL ACTION <br><br> NO. 18-cv-4404 |

## **ORDER**

AND NOW, this 17th day of October, 2019, upon consideration of Plaintiffs' Motion for Summary Judgment (Doc. No. 12) and Defendant's Response in opposition thereto, it is hereby ORDERED that the Motion is GRANTED and Judgment is entered in favor of Plaintiffs and against Defendant City of Philadelphia as a matter of law for the reasons set forth in the preceding Memorandum Opinion.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER,    J.