```
                   IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LARRY CARTER, et. al.,          :
                                :   CIVIL ACTION
          Plaintiffs            :
                                :
     vs.                        :   NO. 18-CV-4404
                                :
CITY OF PHILADELPHIA,           :
                                :
          Defendant             :
```

**O R D E R**

AND NOW, this    14th    day of December, 2020, upon consideration of Defendant's Motion in Limine to Preclude Plaintiffs' Damages Expert (Doc. No. 35) and Plaintiffs' Responses in opposition thereto, it is hereby ORDERED that the Motion is DENIED.[1]

                                        BY THE COURT:


                                        s/ J. Curtis Joyner
                                        _____
                                        J. CURTIS JOYNER,        J.

---

[1] In so holding, we find that the methodology employed by Plaintiffs' expert in calculating damages is sufficiently reliable and that any confusion which may arise therefrom is easily mitigated and resolved through appropriate cross-examination by defense counsel.