**Overtime Payments Calculated with Three-Year Statute - No Blended Rate, All Leave Deducted**

| Plaintiff Name | 2015-2019 | 2019-2020 | Total | With Liquidated Damages |
|---|---|---|---|---|
| Garner | $ 56,064.74 | $ 11,311.65 | $ 67,376.39 | $ 134,752.77 |
| Jubilee | $ 43,263.16 | $ 26,576.63 | $ 69,839.79 | $ 139,679.57 |
| Rodriguez | $ 96,139.12 | $ 49,157.69 | $ 145,296.81 | $ 290,593.61 |
| Carter | $ 56,188.46 | $ 34,422.69 | $ 90,611.15 | $ 181,222.30 |
| Davis | $ 50,464.72 | $ 44,392.10 | $ 94,856.83 | $ 189,713.65 |
| Morris | $ 64,141.86 | $ 37,367.63 | $ 101,509.50 | $ 203,018.99 |
| Holmes-Agbede | $ 28,049.99 | $ 14,782.66 | $ 42,832.65 | $ 85,665.30 |
| Capers | $ 46,795.37 | $ - | $ 46,795.37 | $ 93,590.75 |
| Mackey-Gaither | $ 82,793.81 | $ 44,876.97 | $ 127,670.78 | $ 255,341.56 |
| Council | $ 21,162.51 | $ 19,057.29 | $ 40,219.80 | $ 80,439.59 |
| Winter | $ 8,383.70 | $ 14,920.29 | $ 23,303.99 | $ 46,607.99 |
| Buher | $ 14,075.20 | $ 20,886.90 | $ 34,962.10 | $ 69,924.21 |
| Hawkins | $ 6,012.45 | $ 11,629.48 | $ 17,641.93 | $ 35,283.87 |
| Brown | $ - | $ 15,696.52 | $ 15,696.52 | $ 31,393.04 |
| Grand Total | | | $ 918,613.61 | $ 1,837,227.22 |

**Overtime Payments Calculated with Two-Year Statute - No Blended Rate, All Leave Deducted**

| Plaintiff Name | 2016-2019 | 2019-2020 | Total | With Liquidated Damages |
|---|---|---|---|---|
| Garner | $ 44,360.23 | $ 11,311.65 | $ 55,671.88 | $ 111,343.75 |
| Jubilee | $ 36,411.81 | $ 26,576.63 | $ 62,988.44 | $ 125,976.88 |
| Rodriguez | $ 75,903.35 | $ 49,157.69 | $ 125,061.04 | $ 250,122.07 |
| Carter | $ 43,100.29 | $ 34,422.69 | $ 77,522.98 | $ 155,045.96 |
| Davis | $ 42,502.31 | $ 44,392.10 | $ 86,894.42 | $ 173,788.83 |
| Morris | $ 45,382.99 | $ 37,367.63 | $ 82,750.62 | $ 165,501.25 |
| Holmes-Agbede | $ 28,049.99 | $ 14,782.66 | $ 42,832.65 | $ 85,665.30 |
| Capers | $ 27,503.54 | $ - | $ 27,503.54 | $ 55,007.07 |
| Mackey-Gaither | $ 64,061.17 | $ 44,876.97 | $ 108,938.14 | $ 217,876.29 |
| Council | $ 21,162.51 | $ 19,057.29 | $ 40,219.80 | $ 80,439.59 |
| Winter | $ 8,383.70 | $ 14,920.29 | $ 23,303.99 | $ 46,607.99 |
| Buher | $ 14,075.20 | $ 20,886.90 | $ 34,962.10 | $ 69,924.21 |
| Hawkins | $ 6,012.45 | $ 11,629.48 | $ 17,641.93 | $ 35,283.87 |
| Brown | $ - | $ 15,696.52 | $ 15,696.52 | $ 31,393.04 |
| Grand Total | | | $ 801,988.05 | $ 1,603,976.11 |