IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARRY CARTER, et al.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CITY OF PHILADELPHIA,**<br><br>*Defendants.* | Case No. 5:18-cv-04404-JDW |

**ORDER**

AND NOW, this 19th day of January, 2022, for the reasons given in the accompanying Memorandum, it is **ORDERED** as follows:

1. **JUDGMENT** is **ENTERED** in favor of Plaintiff Larry Carter and against Defendant City of Philadelphia on Count One of the Complaint, in the amount of $155,045.96;

2. **JUDGMENT** is **ENTERED** in favor of Plaintiff Leslie Davis and against Defendant City of Philadelphia on Count Two of the Complaint, in the amount of $180,234.72;

3. **JUDGMENT** is **ENTERED** in favor of Plaintiff Estate of Tiffany Capers-Allen and against Defendant City of Philadelphia on Count Three of the Complaint, in the amount of $55,007.07;

4. **JUDGMENT** is **ENTERED** in favor of Plaintiff Sharon Holmes-Agbede and against Defendant City of Philadelphia on Count Four of the Complaint, in the amount of $85,665.30;

5. **JUDGMENT** is **ENTERED** in favor of Plaintiff Tiara Council and against Defendant City of Philadelphia on Count Five of the Complaint, in the amount of $80,439.59;

6. **JUDGMENT** is **ENTERED** in favor of Plaintiff Catherine Mackey-Gaither and against Defendant City of Philadelphia on Count Six of the Complaint, in the amount of $217,876.29;

7. **JUDGMENT** is **ENTERED** in favor of Plaintiff Gregory Garner and against Defendant City of Philadelphia on Count Seven of the Complaint, in the amount of $111,343.75;

8. **JUDGMENT** is **ENTERED** in favor of Plaintiff Jennifer Jubilee and against Defendant City of Philadelphia on Count Eight of the Complaint, in the amount of $125,976.88;

9. **JUDGMENT** is **ENTERED** in favor of Plaintiff Rochelle Morris and against Defendant City of Philadelphia on Count Nine of the Complaint, in the amount of $165,501.25;

3

10. **JUDGMENT** is **ENTERED** in favor of Plaintiff Kimberly Rodriguez and against Defendant City of Philadelphia on Count Ten of the Complaint, in the amount of $260,077.34.

                                        **BY THE COURT**:

                                        */s/ Joshua D. Wolson*
                                        Hon. Joshua D. Wolson
                                        United States District Judge